UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NICOLE LAWTONE-BOWLES, et al.,

                      Plaintiff,                  16-CV-4240 (AJN) (OTW)

      -against-

CITY OF NEW YORK, NEW YORK.,

                      Defendants.
------------------------------------------------------------x

JAMES BOOKMAN., et al.,

                      Plaintiff,                  18-CV-4338 (AJN) (OTW)

      -against-                                  **SCHEDULING ORDER**

CITY OF NEW YORK,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The **November 5, 2020** pre-settlement call is hereby rescheduled to **December 2, 2020 at 2:00 pm.** Chambers will email instructions for the call. The Clerk of Court is directed to close 16-CV-4240 ECF 141 and 18-CV-4338 ECF 86.

      **SO ORDERED.**

                                                                    _s/ Ona T. Wang_

Dated: October 28, 2020                                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge