

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LAURA C. WILLIAMS
*Assistant Corporation Counsel*
Phone: (212) 356-2435
lawillia@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

**By ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED. 12/8/2020
ALISON J. NATHAN, U.S.D.J.

      Re:    <u>Lawtone-Bowles, et al. v. City of New York</u>, Case No. 16-cv-04240-AJN
              <u>Bookman, et al. v. City of New York</u>, Case No. 1:18-cv-04338-AJN

Dear Judge Nathan:                                              SO ORDERED.

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced actions.[1] I write, on behalf of the parties, to respectfully request an extension of the deadline to file their Joint Pretrial Report from December 14, 2020 to January 13, 2021. The parties previously requested, and the Court granted, extensions of time from June 15, 2020 to September 14, 2020 (<u>Lawtone-Bowles</u>, ECF Doc. No. 130, <u>Bookman</u>, ECF Doc. No. 71) and from September 14, 2020 to December 14, 2020 (<u>Lawtone-Bowles</u>, ECF Doc. No. 137, <u>Bookman</u>, ECF Doc. No. 78) to file their Joint Pretrial Report.

        The parties continue to engage in continuing good faith negotiations concerning the potential resolution of this case and, to this end, they have attended two pre-settlement conference calls before Magistrate Judge Wang on September 9, 2020 and December 2, 2020, and will attend a third on December 8, 2020. In light of this, and given our progress made to date, the parties make this request to allow for additional time to negotiate possible settlement and thereby seek to resolve this case without a trial.

---

[1] Pursuant to the Court's Orders of June 26, 2020, these actions will be tried together. See <u>Lawtone-Bowles</u>, ECF Doc. No. 132; <u>Bookman</u>, ECF Doc. No. 73.

- 2 -

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: **By ECF**
All Counsel of Record